UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

PETER GARRITY,

    Plaintiff(s),

    vs

MIDLAND CREDIT MANAGEMENT,

    Defendant(s).

Case # 2:10-CV-340-PMP-RJJ

ORDER REFERRING CASE FOR SETTLEMENT CONFERENCE

    This case is currently stacked on the calendar on **Tuesday, August 30, 2011,** for a Jury Trial.

    **IT IS ORDERED** that this case is hereby referred to Magistrate Judge **Robert J. Johnston** for a settlement conference.

    DATED this 9th day of March, 2011.

*/s/ Philip M. Pro*

PHILIP M. PRO, U.S. DISTRICT JUDGE